You know, um, go home. Our next case is 18-1252, Gaspar v. Sessions, and I'm going to do something I've never done before, but I've actually thought about in cases. I'm going to have you both come up at the same time. I think that would be helpful. Do you want to introduce yourselves? Mary Neal on behalf of the appellate. I'm Lindsay Donahue on behalf of the Attorney General. Hello. You both have low, well-modulated voices. Yeah, you better speak up. Okay. All right. I have a question, of course, because you asked us to order mediation, right? But in light of the cancellation of the reinstated removal order, isn't there no longer a case or controversy such that we would need to dismiss the appeal? What is happening? Um, Your Honor, we did discuss this prior. As you're maybe aware, this decision to cancel the removal order only happened late Friday afternoon, and we were not certain at that point whether this was the steps they had taken was effective. I'm sorry, whether... We were not certain at that point whether the steps the department had taken were effective to cancel the removal order. I am satisfied at this point that it is, and I believe that you're right, that with no final removal order, there's not only not a case of controversy, but not jurisdiction to review this. And... Respondent agrees. On a Friday, I approached Ms. Gaspar's attorney about a motion to dismiss. At that point, her proceedings, her reasonable fear proceedings, were still ongoing. But after giving us the canceled order, the department went ahead and filed a motion to dismiss. And I believe that alleviates counsel's concern such that perhaps you would now agree to a motion to dismiss? Yes, I would agree that I do not believe there's a case in controversy anymore, and that I'm not sure there's even jurisdiction over the remainder of the issues. All right, we will prepare an order. So... Gosh, thank you. Thank you. Go home. How far do you have to go? Washington, D.C. I'll just go to Newark. Yeah, but how lovely to be in Chicago on such a beautiful day. It is a treat. I have to tell you, I had some guilt saying, you know, but I'm really glad you did. Thank you. Yeah. It was a lovely trip for me. I've never been to Chicago before. Really? Spend a day. Spend some money. Bolster the local economy. Thank you.